# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

**STEVEN LUMPKIN,**
*Individually, and on behalf of himself
and others similarly situated,*

 Plaintiff,

      v.                                        No. 3:20−cv−00193−TAV−HBG

**KNOXVILLE PALLET RECYCLERS,**        **FLSA Collective Action**
**INC.,**                                                      **JURY DEMANDED**

Defendant.

## JOINT MOTION FOR ORDER APPROVING RESOLUTION OF FLSA CLAIMS

Come now the above-named parties, through their undersigned counsel of record, and announce to the Court that they have resolved all matters in controversy between them, and hereby stipulate to the voluntary dismissal of this action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a).

The parties also move this Court for an Order approving the terms of the Settlement Agreement and Release agreed to and executed by them (attached hereto as *Exhibit A*) and for dismissal of the claims raised in this action under the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA"). As grounds for this Motion, and as more fully set forth in the accompanying Memorandum, the parties would respectfully show that this agreement is a fair and reasonable compromise of a disputed claim. Accordingly, the parties jointly request that this Motion be granted.

A proposed Order is submitted contemporaneously herewith.

Respectfully submitted this 28th day of May, 2021.

| | |
|---|---|
| **JACKSON, SHIELDS, YEISER, HOLT, OWEN & BRYANT** | **WOOLF, McCLANE, BRIGHT, ALLEN & CARPENTER, PLLC** |

*s/ Robert E. Morelli, III*  /s J. Keith Coates, Jr.

Gordon E. Jackson (TN BPR #8323)  
J. Russ Bryant (TN BPR #33830)  
Robert E. Turner, IV (TN BPR #35364)  
Nathaniel A. Bishop (TN BPR #35944)  
Robert E. Morelli, III (TN BPR #37004)  
Attorneys at Law  
262 German Oak Drive  
Memphis, Tennessee 38018  
Telephone: (901) 754-8001  
Facsimile: (901) 754-8524  
*gjackson@jsyc.com*  
*rbryant@jsyc.com*  
*rturner@jsyc.com*  
*nbishop@jsyc.com*  

*Attorneys for Plaintiff*

J. Chadwick Hatmaker (BPR# 018693)  
J. Keith Coates, Jr. (BPR #025839)  
Kaitlyn E. Hutcherson (BPR # 035188)  

Post Office Box 900  
Knoxville, TN, 37901  
Tel: (865) 215-1000  
Fax: (865) 215-1001  
chatmaker@wmbac.com  
khutcherson@wmbac.com  

*Attorneys for Defendant*